377 A.2d 982

Brown et al., Appellants, v. Joyce et al.

 Argued June 20, 1977. Steven B. Gross, with him

Passon, Gross & Giacobetti, for appellants; J. Paul Erwin, Jr., with him Richard A. Kolb, for appellee.

Order affirmed.